IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPEAKING TRUTH TO POWER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES NATIONAL NUCLEAR SECURITY ADMINISTRATION | : : : | NO. 14-1181 |

## ORDER

AND NOW, this 9th day of June, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that motion of plaintiff Speaking Truth to Power for an award of attorney's fees and costs (Doc. # 15) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                                         J.